# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gerald Corven Cope, III,<br><br>    Plaintiff,<br><br>v.<br><br>Unknown Chelmagan,<br><br>    Defendant. | No. CV-16-04565-PHX-ROS<br><br>**ORDER** |

On June 2, 2017, Magistrate Judge Bridget S. Bade issued a Report and Recommendation ("R&R") recommending the Court dismiss this matter without prejudice for failure to comply with Court orders pursuant to Fed. R. Civ. P. 41(b). (Doc. 10.) No objections were filed.

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). Where any party has filed timely objections to the R&R, the district court's review of the part objected to must be *de novo*. *Id.* If, however, no objections are filed, the district court need not conduct such a review. *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003).

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 10) is **ADOPTED** and the matter is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** a Certificate of Appealability and leave to proceed

in forma pauperis on appeal are **DENIED** because the dismissal is justified by a plain procedural bar and jurists of reason would not find the procedural ruling debatable.

Dated this 25th day of August, 2017.

_____
Honorable Roslyn O. Silver
Senior United States District Judge